OPINION — AG — A COUNTY IS UNDER NO LIABILITY WHATEVER FOR FEES OR COMPENSATION FOR ATTORNEYS APPOINTED IN JUVENILE COURT PROCEEDINGS, AND THAT NO SUCH COMPENSATION OR CLAIMS THEREFOR CAN LEGALLY BE PAID OUT OF COUNTY FUNDS. (APPOINTMENT OF ATTORNEYS, PRELIMINARY HEARINGS FOR JUVENILES) CITE: 10 O.S. 108 [10-108], 22 O.S. 464 [22-464], 22 O.S. 1271 [22-1271] (SAM H. LATTIMORE)